UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN C. BRINKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CV-1145 CAS |
| ) | |
| RANDY MARTIN, BILL HARLAN, ) | |
| MATT BENNETT, NAMONI ) | |
| CUNNINGHAM and LISA REICHERT, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED without prejudice**.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  28th  day of June, 2006.